UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>JP Morgan Chase Bank</u>

    v.                            Civil No. 06-cv-168-JD

<u>Transunion Title & Escrow</u>
<u>Services, et al.</u>


### RECUSAL ORDER

A conflict has recently developed in this case requiring my disqualification pursuant to 28 U.S.C. § 455(b)(4). Therefore, the clerk shall assign this case to another judge.

SO ORDERED.

*Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

October 25, 2006

cc:  John R. Grieme, squire
     Gregory A. Moffett, Esquire
     Veronica Caballero Viveiros, Esquire